MCGREGOR W. SCOTT
United States Attorney
ANDRE M. ESPINOSA
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $6,567,897.50 SEIZED FROM CTBC BANK, ACCOUNT NUMBER 3800191916, et al.,<br><br>　　　　Defendants. | 2:19-CV-00485-JAM-DB<br><br>ORDER |

## **ORDER**

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report currently due on July 31, 2019 is extended to September 19, 2019.

**IT IS SO ORDERED.**

Dated: July 26, 2019　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　United States District Court Judge

1

Order