Nathan G. Kanute (CA Bar No. 300946)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
E-Mail: nkanute@swlaw.com

*Attorneys for Solarmore Management Services, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>v.<br><br>REAL PROPERTY LOCATED AT 725 MAIN STREET, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, APN: 373-192-007-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al.,<br><br>           Defendants. | Case No. 2:19-CV-00247-JAM-DB<br><br>**NOTICE OF RELATED CASES** |
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>v.<br><br>APPROXIMATELY $6,567,897.50 SEIZED FROM CTBC BANK, ACCOUNT NUMBER 3800191916, et al.,<br><br>           Defendants. | Case No. 2:19-CV-00485-JAM-DB |
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>v.<br><br>5383 STONEHURST DRIVE, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, APN: 367-230-018-7, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al.,<br><br>           Defendants | Case No. 2:19-CV-00636-JAM-DB |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>RONALD J. ROACH and JOSEPH W. BAYLISS,<br><br>　　　　　　　Defendants | Case No. 2:19-CR-00182-JAM |
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT A. KARMANN,<br><br>　　　　　　　Defendant | Case No. 2:19-CR-00222-JAM |
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Bankruptcy Estate of DC SOLAR SOLUTIONS, INC. dba DC SOLAR SOLUTIONS MFG, INC. dba DC SOLAR SOLUTIONS MANUFACTURING, INC., a California corporation; Bankruptcy Estate of DC SOLAR DISTRIBUTION, INC., a California corporation; Bankruptcy Estate of DC SOLAR FREEDOM, INC., a California corporation; MATTHEW CARPOFF, an individual; LAUREN CARPOFF, an individual; ROBERT V. AMATO and PRISCILLA AMATO, husband and wife; ROBERT KARMANN, an individual; RONALD J. ROACH, an individual; SEBASTIAN JANO, an individual; STEVE WILDE, an individual; RYAN GUIDRY, an individual; PATRICK MOORE, an individual; HALO MANAGEMENT SERVICES LLC, a Nevada limited liability company; SCOTT WENTZ, an individual; RAINA YEE, an individual; MONTAGE SERVICES, INC., a California corporation; VISTRA INTERNATIONAL EXPANSION (USA) INC., fka RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; JULIE MURACO, an individual; Praeditis Group LLC, a Delaware limited liability company; THE STRAUSS LAW FIRM, LLC, a South Carolina limited liability company; PETER STRAUSS, an individual; DIANA KERSHAW, an individual; HERITAGE | Case No. 2:19-CV-02544-MCE-CKD |

| | |
|---|---|
| 1 | BANK OF COMMERCE, a California Corporation; CARSON TRAILER, INC., a California corporation; DAVID ENDRES, an individual; ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited liability company; BARRY HACKER, an individual; MARSHAL & STEVENS, INC.; MARCELO BERMUDEZ, an individual; COHNREZNICK, LLP, a New Jersey limited liability partnership; RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; PANDA BEAR INTERNATIONAL, LTD., a Hong Kong corporation; PANDA SOLAR SOLUTIONS LLC, a Nevada limited liability corporation; DC SOLAR INTERNATIONAL, INC., a Nevis corporation; BAYSHORE SELECT INSURANCE, a Bahamian Corporation; CHAMPION SELECT INSURANCE, a Bahamian Corporation; JPLM DYNASTY TRUST, a Cook Island Trust; BILLIE JEAN TRUST, a Cook Island Trust; SOUTHPAC INTERNATIONAL, INC., a Cook Islands Corporation, AHERN RENTALS INC., a Nevada corporation, |
| | Defendants. |

Pursuant to Local Rule 123(b), Solarmore Management Services, Inc., plaintiff in Case No. 2:19-CV-02544-MCE-CKD ("Plaintiff"), by and through its undersigned counsel of record, hereby submits this Notice of Related Cases.

The following cases may be related within the meaning of Local Rule 123:

(1) *United States of America v. Real Property Located at 725 Main Street, Martinez, California, et al.*, Case No. 2:19-cv-00247-JAM-DB (E.D. Cal., filed February 8, 2019);

(2) *United States of America v. Approximately $6,567,897.50, et al.*, Case No. 2:19-cv-00485-JAM-DB (E.D. Cal., filed March 18, 2019)

(3) *United States of America v. 5383 Stonehurst Drive, Martinez, California, et al.*, Case No. 2:19-cv-00636-JAM-DB (E.D. Cal., filed April 15, 2019);

(4) *United States of America v. Ronald J. Roach and Joseph W. Bayliss*, Case No. 2:19-cr-00182-JAM (E.D. Cal., filed October 21, 2019);

(5) *United States of America v. Robert A. Karmann*, Case No. 2:19-cr-00222-JAM (E.D.

Cal., filed December 12, 2019); and

(6) *Solarmore Management Services, Inc. v. Bankruptcy Estate of DC Solar Solutions, Inc., et al.*, No. 2:19-CV-02544-MCE-CKD (E.D. Cal., filed December 17, 2019).

The first five cases have all been assigned to Judge John A. Mendez. The sixth case was assigned to Judge Morrison C. England, Jr., but Judge England has recently requested that the case be reassigned.

All of the foregoing cases are related to the approximately $2.7 billion fraud perpetrated by DC Solar on purchasers of mobile solar generators. The first three cases above are forfeiture actions filed by the United States against property related to or purchased with gains from the DC Solar fraud. The next two criminal actions involve charges and guilty pleas by three participants in the DC Solar fraud who assisted in misrepresentations and concealments relating to the fraud. The final case is a civil suit against various defendants who participated in or aided and abetted the fraud by DC Solar, parties whose actions made the fraud possible, and parties who facilitated hiding money and the lack of mobile solar generators.

The foregoing cases, therefore, involve overlapping parties, are related to the same events or transactions, and involve similar questions of fact. E.D. Cal. L.R. 123(a). Accordingly, the assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort. If these matters were heard by different Judges, it would require multiple Judges and their chambers to become intimately familiar with the facts of these complex cases.

Based on the foregoing, Plaintiff respectfully requests that Case No. 2:19-CV-02544-MCE-CKD be assigned to Judge John A. Mendez.

DATED: December 20, 2019     SNELL & WILMER L.L.P.

By: */s/ Nathan G. Kanute*
Nathan G. Kanute
50 W. Liberty Street, Suite 510
Reno, NV  89501

*Attorneys for Solarmore Management Services, Inc.*