1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT
10                   EASTERN DISTRICT OF CALIFORNIA
11
12 | UNITED STATES OF AMERICA,           ) Case No. 2:19-CV-00247 JAM-DB
                                        )
13 |            Plaintiff,               )
                                        )
14 |    v.                              )
                                        )
15 | REAL PROPERTY LOCATED AT 725       )
   | MAIN STREET, MARTINEZ,             ) **RELATED CASE ORDER**
16 | CALIFORNIA, CONTRA COSTA COUNTY,   )
   | APN: 373-192-007-4, INCLUDING      )
17 | ALL APPURTENANCES AND              )
   | IMPROVEMENTS THERETO, ET AL.,      )
18 |                                    )
   |            Defendants.             )
19 | UNITED STATES OF AMERICA,          ) Case No.: 2:20-CR-00003 KJM
                                        )
20 |            Plaintiff,               )
                                        )
21 |    v.                              )
                                        )
22 | RYAN GUIDRY,                       )
                                        )
23 |            Defendant.              )
   | SECURITIES AND EXCHANGE            ) Case No. 2:19-CV-02140 JAM-DB
24 | COMMISSION,                        )
                                        )
25 |            Plaintiff,               )
                                        )
26 |    v.                              )
                                        )
27 | JOSEPH BAYLISS and RONALD ROACH,   )
                                        )
28 |            Defendants.             )
                                        )

                                 1

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:19-CV-02531 JAM-DB |
| Plaintiff, | |
| v. | |
| ROBERT A. KARMANN, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | Case No. 2:19-CV-00485 JAM-DB |
| Plaintiff, | |
| v. | |
| APPROXIMATELY $6,567,897.50 SEIZED FROM CTBC BANK, ACCOUNT NUMBER 3800191916, ET AL., | |
| Defendants. | |
| UNITED STATES OF AMERICA, | Case No. 2:19-CV-00636 JAM-DB |
| Plaintiff, | |
| v. | |
| 5383 STONEHURST DRIVE, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, APN: 367-230-018-7, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |
| UNITED STATES OF AMERICA, | Case No.: 2:19-CR-00182 JAM |
| Plaintiff, | |
| v. | |
| RONALD J. ROACH and JOSEPH W. BAYLISS, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | Case No.: 2:19-CR-00222 JAM |
| Plaintiff, | |
| v. | |
| ROBERT A. KARMANN, | |
| Defendant. | |

Examination of the above-entitled actions reveals that these

1  actions are related within the meaning of Local Rule 123 (E.D. Cal.
2  2005).  Accordingly, the assignment of the matters to the same
3  judge and magistrate judge is likely to affect a substantial
4  savings of judicial effort and is also likely to be convenient for
5  the parties.
6       The parties should be aware that relating the cases under
7  Local Rule 123 merely has the result that these actions are
8  assigned to the same judge and magistrate judge; no consolidation
9  of the actions is effected.  Under the regular practice of this
10 court, related cases are generally assigned to the judge and
11 magistrate judge to whom the first filed action was assigned.
12      IT IS THEREFORE ORDERED that the actions denominated
13 2:20-CR-00003 KJM be reassigned to Judge John A. Mendez for all
14 further proceedings, and any dates currently set in this reassigned
15 case _only_ are hereby VACATED.  Henceforth, the caption on documents
16 filed in the reassigned cases shall be shown as 2:20-CR-00003 JAM.
17      IT IS FURTHER ORDERED that the Clerk of the Court make
18 appropriate adjustment in the assignment of criminal cases to
19 compensate for this reassignment.
20      IT IS SO ORDERED.
21 Dated:  January 9, 2020

                              /s/ John A. Mendez_____
                              United States District Court Judge