9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,        )   Case No. 2:19-CV-00247 JAM-DB
                                     )
13 |               Plaintiff,        )
                                     )
14 |      v.                         )
                                     )
15 | REAL PROPERTY LOCATED AT 725    )
     MAIN STREET, MARTINEZ,          )   **<u>RELATED CASE ORDER</u>**
16 | CALIFORNIA, CONTRA COSTA COUNTY,)
     APN: 373-192-007-4, INCLUDING   )
17 | ALL APPURTENANCES AND           )
     IMPROVEMENTS THERETO, ET AL.,   )
18 |                                 )
                                     )
                   Defendants        )
19 | UNITED STATES OF AMERICA,       )   Case No.: 2:19-CV-02544-KJM-CKD
                                     )
20 |               Plaintiff,        )
                                     )
21 |      v.                         )
                                     )
22 | Bankruptcy Estate of DC SOLAR   )
     SOLUTIONS, INC. dba DC SOLAR    )
23 | SOLUTIONS MFG, INC. dba DC SOLAR)
     SOLUTIONS MANUFACTURING, INC., a)
24 | California corporation;         )
     Bankruptcy Estate of DC SOLAR   )
25 | DISTRIBUTION, INC., a California )
     corporation; Bankruptcy Estate  )
26 | of DC SOLAR FREEDOM, INC., a     )
     California corporation; MATTHEW  )
27 | CARPOFF, an individual; LAUREN   )
     CARPOFF, an individual; ROBERT   )
28 | V. AMATO and PRISCILLA AMATO,    )
     husband and wife; ROBERT         )

```
 1 │ KARMANN, an individual; RONALD      )
   │ J. ROACH, an individual;            )
 2 │ SEBASTIAN JANO, an individual;      )
   │ STEVE WILDE, an individual; RYAN    )
 3 │ GUIDRY, an individual; PATRICK      )
   │ MOORE, an individual; HALO          )
 4 │ MANAGEMENT SERVICES LLC, a          )
   │ Nevada limited liability            )
 5 │ company; SCOTT WENTZ, an            )
   │ individual; RAINA YEE, an           )
 6 │ individual; MONTAGE SERVICES,       )
   │ INC., a California corporation;     )
 7 │ VISTRA INTERNATIONAL EXPANSION      )
   │ (USA) INC., fka RADIUS GGE          )
 8 │ (USA), INC., fka HIGH STREET        )
   │ PARTNERS INC., a Maryland           )
 9 │ corporation; JULIE MURACO, an       )
   │ individual; Praeditis Group LLC,    )
10 │ a Delaware limited liability        )
   │ company; THE STRAUSS LAW FIRM,      )
11 │ LLC, a South Carolina limited       )
   │ liability company; PETER            )
12 │ STRAUSS, an individual; DIANA       )
   │ KERSHAW, an individual; HERITAGE    )
13 │ BANK OF COMMERCE, a California      )
   │ Corporation; CARSON TRAILER,        )
14 │ INC., a California corporation;     )
   │ DAVID ENDRES, an individual;        )
15 │ ALVAREZ & MARSAL VALUATION          )
   │ SERVICES, LLC, a Delaware           )
16 │ limited liability company; BARRY    )
   │ HACKER, an individual; MARSHAL &    )
17 │ STEVENS, INC.; MARCELO BERMUDEZ,    )
   │ an individual; COHNREZNICK, LLP,    )
18 │ a New Jersey limited liability      )
   │ partnership; RADIUS GGE (USA),      )
19 │ INC., fka HIGH STREET PARTNERS      )
   │ INC., a Maryland corporation;       )
20 │ PANDA BEAR INTERNATIONAL, LTD.,     )
   │ a Hong Kong corporation; PANDA      )
21 │ SOLAR SOLUTIONS LLC, a Nevada       )
   │ limited liability corporation;      )
22 │ DC SOLAR INTERNATIONAL, INC., a     )
   │ Nevis corporation; BAYSHORE         )
23 │ SELECT INSURANCE, a Bahamian        )
   │ Corporation; CHAMPION SELECT        )
24 │ INSURANCE, a Bahamian               )
   │ Corporation; JPLM DYNASTY TRUST,    )
25 │ a Cook Island Trust; BILLIE JEAN    )
   │ TRUST, a Cook Island Trust;         )
26 │ SOUTHPAC INTERNATIONAL, INC., a     )
   │ Cook Islands Corporation, AHERN     )
27 │ RENTALS INC., a Nevada              )
   │ corporation,                        )
28 │              Defendants             )
   │ _____ )
```

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | Case No. 2:19-CV-02140 JAM-DB |
| Plaintiff, | ) | |
| v. | ) | |
| JOSEPH BAYLISS and RONALD ROACH, | ) | |
| Defendants. | ) | |

SECURITIES AND EXCHANGE COMMISSION,                    )    Case No. 2:19-CV-02531 JAM-DB
                                                       )
                           Plaintiff,                  )
                                                       )
        v.                                             )
                                                       )
ROBERT A. KARMANN,                                     )
                                                       )
                           Defendant.                  )

UNITED STATES OF AMERICA,                              )    Case No. 2:19-CV-00485 JAM-DB
                                                       )
                           Plaintiff,                  )
                                                       )
        v.                                             )
                                                       )
APPROXIMATELY $6,567,897.50                            )
SEIZED FROM CTBC BANK, ACCOUNT                         )
NUMBER 3800191916, ET AL.,                             )
                                                       )
                           Defendants.                 )

UNITED STATES OF AMERICA,                              )    Case No. 2:19-CV-00636 JAM-DB
                                                       )
                           Plaintiff,                  )
                                                       )
        v.                                             )
                                                       )
5383 STONEHURST DRIVE, MARTINEZ,                       )
CALIFORNIA, CONTRA COSTA COUNTY,                       )
APN: 367-230-018-7, INCLUDING                          )
ALL APPURTENANCES AND                                  )
IMPROVEMENTS THERETO, ET AL.,                          )
                                                       )
                           Defendants.                 )

UNITED STATES OF AMERICA,                              )    Case No.: 2:19-CR-00182 JAM
                                                       )
                           Plaintiff,                  )
                                                       )
        v.                                             )
                                                       )
RONALD J. ROACH and JOSEPH W.                          )
BAYLISS,                                               )
                                                       )
                           Defendants.                 )

```
 1  │ _____
    │ UNITED STATES OF AMERICA,        )  Case No.: 2:19-CR-00222 JAM
    │                                  )
 2  │                 Plaintiff,       )
    │                                  )
 3  │      v.                          )
    │                                  )
 4  │ ROBERT A. KARMANN,               )
    │                                  )
 5  │ _____Defendant.)
```

6      Examination of the above-entitled actions reveals that these

7   actions are related within the meaning of Local Rule 123 (E.D. Cal.

8   2005).  Accordingly, the assignment of the matters to the same

9   judge and magistrate judge is likely to affect a substantial

10  savings of judicial effort and is also likely to be convenient for

11  the parties.

12      The parties should be aware that relating the cases under

13  Local Rule 123 merely has the result that these actions are

14  assigned to the same judge and magistrate judge; no consolidation

15  of the actions is effected.  Under the regular practice of this

16  court, related cases are generally assigned to the judge and

17  magistrate judge to whom the first filed action was assigned.

18      IT IS THEREFORE ORDERED that the actions denominated

19  2:19-cv-02544-KJM-CKD be reassigned to Judge John A. Mendez for all

20  further proceedings, and any dates currently set in this reassigned

21  case only are hereby VACATED.  Henceforth, the caption on documents

22  filed in the reassigned cases shall be shown as 2:19-cv-02544-JAM-

23  CKD.

24      IT IS FURTHER ORDERED that the Clerk of the Court make

25  appropriate adjustment in the assignment of civil cases to

26  compensate for this reassignment.

27

28

1

2          IT IS SO ORDERED.

3

4   Dated:   January 10, 2020

5                                    /s/ John A. Mendez_____

6                                    United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28