1  McGREGOR W. SCOTT
   United States Attorney
2  ANDRE M. ESPINOSA
   KEVIN C. KHASIGIAN
3  Assistant U. S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone:  (916) 554-2700
5
   Attorneys for the United States
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                2:19-CV-00485-JAM-DB

12            Plaintiff,
                                            FINAL JUDGMENT OF FORFEITURE AS TO
13       v.                                 EIGHTY-THREE OF THE *IN REM*
                                            DEFENDANTS
14  APPROXIMATELY $6,567,897.50 SEIZED
    FROM CTBC BANK, ACCOUNT NUMBER
15  3800191916, ET AL.,

16            Defendants.

17

18       Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

19       1.      This is a civil action *in rem* brought by the United States for forfeiture of assets

20  connected to a claim of fraud and money laundering.  The eighty-seven *In Rem* Defendants in this action

21  are set forth in Exhibit A.  This Partial Final Judgment of Forfeiture pertains to only a portion of the

22  properties in Exhibit A, not all, and *In Rem* Defendants to be forfeited are set forth herein attached

23  Exhibit B.  Exhibit C are the assets that will remain in the case.

24       2.      A Verified Complaint for Forfeiture *In Rem* was filed on March 18, 2019 (hereafter

25  "Complaint" or "Verified Complaint").  The complaint alleged that the eighty-seven *In Rem* Defendants

26  are subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C).

27       3.      On March 28, 2019, the Clerk issued a Warrant for Arrest for the *In Rem* Defendants and

28  that warrant was duly executed on May 16 and 23, 2019.

                                            1

                                                        Partial Final Judgment of Forfeiture

4. Beginning on May 4, 2019, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on June 6, 2019.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities:

   a. Jeffrey Carpoff,
   b. Paulette Carpoff,
   c. Robert Karmann
   d. Solarmore Management Services, Inc.
   e. Crestmark Bank
   f. NetJets
   g. Spitz Jewelers

6. On May 9, 2019, Jeffrey and Paulette Carpoff filed claims stating an interest in each of the eighty-seven *In Rem* Defendants subject to forfeiture in this case.

7. Claimants Jeffrey and Paulette Carpoff represented and warranted that they are owners of the *In Rem* Defendants, either personally or through a corporation, LLC, or other entity they control.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. Judgment is hereby entered against claimants Jeffrey Carpoff and Paulette Carpoff, in their personal and corporate capacities, and all other potential claimants who have not filed claims in this action.

2. Upon entry of this Final Judgment of Forfeiture, all right, title, and interests of Jeffrey Carpoff and Paulette Carpoff, in their personal and corporate capacities, in the assets listed in Exhibit B, attached herein, together with any interest that may have accrued on the total amount, shall be forfeited to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C), to be disposed of according to law.

3. The United States and its servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the arrest and seizure of the *In Rem* Defendants being forfeited. This is a full and final release applying to all unknown and unanticipated injuries and/or damages arising out of or in any way connected with the filing of the Complaint and the arrest and seizure of the *In Rem* Defendants being forfeited, as well as those now known or disclosed. Claimants Jeffrey and Paulette Carpoff waived the provisions of

Partial Final Judgment of Forfeiture

California Civil Code § 1542.

4. Claimants Jeffrey and Paulette Carpoff waived any and all claim or right to interest that may have accrued on the *In Rem* Defendants listed in Exhibit A.

5. All parties are to bear their own costs and attorneys' fees.

6. The U.S. District Court for the Eastern District of California, Hon. John A. Mendez, District Judge, shall retain jurisdiction to enforce the terms of this Partial Final Judgment of Forfeiture.

7. Based upon the allegations set forth in the Complaint filed March 18, 2019, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was probable cause for arrest and seizure of the *In Rem* Defendants being forfeited, and for the commencement and prosecution of this forfeiture action against those defendants.

SO ORDERED THIS 24th day of March, 2020.

_____
JOHN A. MENDEZ
United States District Judge

1.     Approximately $6,567,897.50 seized from CTBC Bank, Account Number 3800191916;

2.     Approximately $415,956.90 seized from CTBC Bank, Account Number 3800191932;

3.     Approximately $22,145.68 seized from CTBC Bank, Account Number 3800191940;

4.     Approximately $173,090.95 seized from CTBC Bank, Account Number 3800192518;

5.     Approximately $429,789.81 seized from CTBC Bank, Account Number 3800192401;

6.     Approximately $205,906.49 seized from CTBC Bank, Account Number 3800192385;

7.     Approximately $658,990.02 seized from CTBC Bank, Account Number 3800192393;

8.     Approximately $44,620.32 seized from CTBC Bank, Account Number 3800191973;

9.     Approximately $48,538.60 seized from CTBC Bank, Account Number 3800191981;

10.     Approximately $231,179.68 seized from CTBC Bank, Account Number 3800192005;

11.     Approximately $188,182.25 seized from CTBC Bank, Account Number 3800192013;

12.     Approximately $319,601.00 seized from CTBC Bank, Account Number 3800192021;

13.     Approximately $374,088.51 seized from CTBC Bank, Account Number 3800192039;

14.     Approximately $582,878.78 seized from CTBC Bank, Account Number 3800192088;

15.     Approximately $486,088.22 seized from CTBC Bank, Account Number 3800192153;

16.     Approximately $414,646.00 seized from CTBC Bank, Account Number 3800192161;

17.     Approximately $699,753.36 seized from CTBC Bank, Account Number 3800192179;

18.     Approximately $696,314.56 seized from CTBC Bank, Account Number 3800192609;

19.     Approximately $980,201.44 seized from CTBC Bank, Account Number 3800192617;

20.     Approximately $683,996.12 seized from CTBC Bank, Account Number 3800192187;

21.     Approximately $383,219.95 seized from CTBC Bank, Account Number 3800192229;

22.     Approximately $2,926,859.16 seized from CTBC Bank, Account Number 3800192237;

23.     Approximately $468,745.28 seized from CTBC Bank, Account Number 3800192245;

24.     Approximately $544,035.33 seized from CTBC Bank, Account Number 3800192252;

25.     Approximately $194,769.83 seized from CTBC Bank, Account Number 3800192260;

26.     Approximately $570,108.43 seized from CTBC Bank, Account Number 3800192278;

| | |
|---|---|
| 1 | 27.     Approximately $6,187,419.55 seized from CTBC Bank, Account Number 3800192286; |
| 2 | 28.     Approximately $205,926.67 seized from CTBC Bank, Account Number 3800192369; |
| 3 | 29.     Approximately $1,557,738.60 seized from CTBC Bank, Account Number 3800192633; |
| 4 | 30.     Approximately $435,709.90 seized from CTBC Bank, Account Number 3800192641; |
| 5 | 31.     Approximately $338,049.59 seized from CTBC Bank, Account Number 3800192674; |
| 6 | 32.     Approximately $4,859,535.55 seized from CTBC Bank, Account Number 3800192377; |
| 7 | 33.     Approximately $1,549,614.76 seized from CTBC Bank, Account Number 3800192682; |
| 8 | 34.     Approximately $212,467.30 seized from CTBC Bank, Account Number 3800192690; |
| 9 | 35.     Approximately $984,530.60 seized from CTBC Bank, Account Number 3800192724; |
| 10 | 36.     Approximately $1,443,614.13 seized from CTBC Bank, Account Number 3800253682; |
| 11 | 37.     Approximately $3,180,022.58 seized from CTBC Bank, Account Number 3800250951; |
| 12 | 38.     Approximately $95,270.20 seized from CTBC Bank, Account Number 3800192542; |
| 13 | 39.     Approximately $62,774.62 seized from CTBC Bank, Account Number 3800192559; |
| 14 | 40.     Approximately $9,689.21 seized from CTBC Bank, Account Number 3800192732; |
| 15 | 41.     Approximately $24,070.81 seized from CTBC Bank, Account Number 3800192567; |
| 16 | 42.     Approximately $74,327.30 seized from CTBC Bank, Account Number 3800192757; |
| 17 | 43.     Approximately $53,757.07 seized from CTBC Bank, Account Number 3800192773; |
| 18 | 44.     Approximately $107,410.55 seized from CTBC Bank, Account Number 3800205112; |
| 19 | 45.     Approximately $14,282.17 seized from CTBC Bank, Account Number 3800234062; |
| 20 | 46.     Approximately $143,971.70 seized from CTBC Bank, Account Number 3800052795; |
| 21 | 47.     Approximately $148,716.28 seized from CTBC Bank, Account Number 3800191965; |
| 22 | 48.     Approximately $123,437.69 seized from CTBC Bank, Account Number 3800192534; |
| 23 | 49.     Approximately $8,559.93 seized from CTBC Bank, Account Number 3800192575; |
| 24 | 50.     Approximately $8,223.20 seized from CTBC Bank, Account Number 3800192781; |
| 25 | 51.     Approximately $58,931.09 seized from CTBC Bank, Account Number 3800207688; |
| 26 | 52.     Approximately $68,304.49 seized from CTBC Bank, Account Number 3800196840; |
| 27 | 53.     Approximately $9,004,531.62 seized from CTBC Bank, Account Number 3800283929; |
| 28 | |

| | | |
|---|---|---|
| 1 | 54. | Approximately $3,549,723.15 seized from Meeder Investment Management, Account Number 2370; |
| 2 | 55. | Approximately $2,968,880.56 seized from Meeder Investment Management, Account Number 2371; |
| 3 | 56. | Approximately $175,725.14 seized from U.S. Bank, Account Number 157514299575; |
| 4 | 57. | Approximately $376,390.14 seized from Etrade Bank, Account Number 37623631; |
| 5 | 58. | Approximately $1,351,143.57 seized from JP Morgan Chase Bank Account Number 0213392373; |
| 6 | 59. | Approximately $1,090,590.19 seized from JP Morgan Chase Bank Account Number 0530592877; |
| 7 | 60. | Approximately $707,711.92 seized from JP Morgan Chase Bank Account Number 3061715396; |
| 8 | 61. | Approximately $41,865.00 seized from BBVA Compass Bank, Account Number 6716963894; |
| 9 | 62. | Approximately $53,982.47 seized from BBVA Compass Bank, Account Number 6728745124; |
| 10 | 63. | Approximately $157,862.00 seized from BBVA Compass Bank, Account Number 6734699819; |
| 11 | 64. | Approximately $142,139.29 seized from Bank of America, Account Number 195461020; |
| 12 | 65. | Approximately $1,697,154.00 in U.S. Currency; |
| | 66. | Approximately $150,902.00 in U.S. Currency; |
| 13 | 67. | Approximately $22,000.00 in U.S. Currency; |
| | 68. | Approximately $18,900.00 in U.S. Currency; |
| 14 | 69. | Approximately $18,846.00 in U.S. Currency; |
| | 70. | Approximately $9,221.00 in U.S. Currency; |
| 15 | 71. | Approximately $9,063.07 in U.S. Currency; |
| | 72. | Approximately $5,000.00 in U.S. Currency; |
| 16 | 73. | Approximately $3,567.00 in U.S. Currency; |
| | 74. | Approximately $801.00 in U.S. Currency; |
| 17 | 75. | Approximately $8,647.00 in U.S. Currency |
| | 76. | 18 Karat Fashion Ring, 1.66 Ct. oval/.070 Tw round diamonds; |
| 18 | 77. | 14 Karat stud earrings, 1.13 ct diamond/1.29 ct diamond; |
| | 78. | Three prong diamond necklace 112 17.1 Tw diamonds/40 Tw yellow |
| 19 | | diamonds; |
| | 79. | Ladies platinum 3 stone ring, 1.43 Ct marquise and two half-moon |
| 20 | | diamonds; |
| | 80. | 18 Karat halo pendant chain with 4.52 Ct diamond; |
| 21 | 81. | 18 Karat 3 row halo fashion ring; |
| | 82. | Sapphire and diamond pendant, 14 diamonds and 5.84 Ct oval sapphire; |
| 22 | 83. | Ballon Bleu De Cartier Watch; |
| | 84. | Rotonde Moon Phase Watch; |
| 23 | 85. | Any and All Pre-Purchased Flight Hours, Airplane Shares, and Any Other Travel Arrangements NetJets has Credited for Individuals 1 and 2, |
| 24 | | including Any Credit or Sharing Forming the Basis for Travel on December 20, 2018; |
| 25 | 86. | Any and all luxury box shares, and any other arrangements or benefits credited based on a wire transfer of $782,949.00 to the Stadco Revenue |
| 26 | | Account Related to the Las Vegas Raiders Traditional Suite Program in or about July 2018; and |
| 27 | 87. | Approximately $806,400.00 seized from Crestmark Bank, account number 1210590. |
| 28 | | |

6

## EXHIBIT B - List of *In Rem* Defendants Being Forfeited

1. Approximately $6,567,897.50 seized from CTBC Bank, Account Number 3800191916;
2. Approximately $415,956.90 seized from CTBC Bank, Account Number 3800191932;

3. Approximately $22,145.68 seized from CTBC Bank, Account Number 3800191940;
4. Approximately $173,090.95 seized from CTBC Bank, Account Number 3800192518;

5. Approximately $429,789.81 seized from CTBC Bank, Account Number 3800192401;
6. Approximately $205,906.49 seized from CTBC Bank, Account Number 3800192385;

7. Approximately $658,990.02 seized from CTBC Bank, Account Number 3800192393;
8. Approximately $44,620.32 seized from CTBC Bank, Account Number 3800191973;

9. Approximately $48,538.60 seized from CTBC Bank, Account Number 3800191981;
10. Approximately $231,179.68 seized from CTBC Bank, Account Number 3800192005;

11. Approximately $188,182.25 seized from CTBC Bank, Account Number 3800192013;
12. Approximately $319,601.00 seized from CTBC Bank, Account Number 3800192021;

13. Approximately $374,088.51 seized from CTBC Bank, Account Number 3800192039;
14. Approximately $582,878.78 seized from CTBC Bank, Account Number 3800192088;

15. Approximately $486,088.22 seized from CTBC Bank, Account Number 3800192153;
16. Approximately $414,646.00 seized from CTBC Bank, Account Number 3800192161;

17. Approximately $699,753.36 seized from CTBC Bank, Account Number 3800192179;
18. Approximately $696,314.56 seized from CTBC Bank, Account Number 3800192609;

19. Approximately $980,201.44 seized from CTBC Bank, Account Number 3800192617;
20. Approximately $683,996.12 seized from CTBC Bank, Account Number 3800192187;

21. Approximately $383,219.95 seized from CTBC Bank, Account Number 3800192229;
22. Approximately $2,926,859.16 seized from CTBC Bank, Account Number 3800192237;

23. Approximately $468,745.28 seized from CTBC Bank, Account Number 3800192245;
24. Approximately $544,035.33 seized from CTBC Bank, Account Number 3800192252;

25. Approximately $194,769.83 seized from CTBC Bank, Account Number 3800192260;
26. Approximately $570,108.43 seized from CTBC Bank, Account Number 3800192278;

27. Approximately $6,187,419.55 seized from CTBC Bank, Account Number 3800192286;
28. Approximately $205,926.67 seized from CTBC Bank, Account Number 3800192369;

29. Approximately $1,557,738.60 seized from CTBC Bank, Account Number 3800192633;
30. Approximately $435,709.90 seized from CTBC Bank, Account Number 3800192641;

31. Approximately $338,049.59 seized from CTBC Bank, Account Number 3800192674;
32. Approximately $4,859,535.55 seized from CTBC Bank, Account Number 3800192377;

33. Approximately $1,549,614.76 seized from CTBC Bank, Account Number 3800192682;
34. Approximately $212,467.30 seized from CTBC Bank, Account Number 3800192690;

35. Approximately $984,530.60 seized from CTBC Bank, Account Number 3800192724;
36. Approximately $1,443,614.13 seized from CTBC Bank, Account Number 3800253682;

37. Approximately $3,180,022.58 seized from CTBC Bank, Account Number 3800250951;
38. Approximately $95,270.20 seized from CTBC Bank, Account Number 3800192542;

39. Approximately $62,774.62 seized from CTBC Bank, Account Number 3800192559;
40. Approximately $9,689.21 seized from CTBC Bank, Account Number 3800192732;

41. Approximately $24,070.81 seized from CTBC Bank, Account Number 3800192567;
42. Approximately $74,327.30 seized from CTBC Bank, Account Number 3800192757;

43. Approximately $53,757.07 seized from CTBC Bank, Account Number 3800192773;
44. Approximately $107,410.55 seized from CTBC Bank, Account Number 3800205112;

45. Approximately $14,282.17 seized from CTBC Bank, Account Number 3800234062;
46. Approximately $143,971.70 seized from CTBC Bank, Account Number 3800052795;

47. Approximately $148,716.28 seized from CTBC Bank, Account Number 3800191965;
48. Approximately $123,437.69 seized from CTBC Bank, Account Number 3800192534;

49. Approximately $8,559.93 seized from CTBC Bank, Account Number 3800192575;
50. Approximately $8,223.20 seized from CTBC Bank, Account Number 3800192781;

51. Approximately $58,931.09 seized from CTBC Bank, Account Number 3800207688;
52. Approximately $68,304.49 seized from CTBC Bank, Account Number 3800196840;

53. Approximately $3,549,723.15 seized from Meeder Investment Management, Account

Number 2370;

54.    Approximately $2,968,880.56 seized from Meeder Investment Management, Account Number 2371;
55.    Approximately $175,725.14 seized from U.S. Bank, Account Number 157514299575;
56.    Approximately $376,390.14 seized from Etrade Bank, Account Number 37623631;
57.    Approximately $1,351,143.57 seized from JP Morgan Chase Bank Account Number 0213392373;
58.    Approximately $1,090,590.19 seized from JP Morgan Chase Bank Account Number 0530592877;
59.    Approximately $707,711.92 seized from JP Morgan Chase Bank Account Number 3061715396;
60.    Approximately $41,865.00 seized from BBVA Compass Bank, Account Number 6716963894;
61.    Approximately $53,982.47 seized from BBVA Compass Bank, Account Number 6728745124;
62.    Approximately $157,862.00 seized from BBVA Compass Bank, Account Number 6734699819;
63.    Approximately $142,139.29 seized from Bank of America, Account Number 195461020;
64.    Approximately $1,697,154.00 in U.S. Currency;
65.    Approximately $150,902.00 in U.S. Currency;
66.    Approximately $22,000.00 in U.S. Currency;
67.    Approximately $18,900.00 in U.S. Currency;
68.    Approximately $18,846.00 in U.S. Currency;
69.    Approximately $9,221.00 in U.S. Currency;
70.    Approximately $9,163.17 in U.S. Currency;
71.    Approximately $5,000.00 in U.S. Currency;
72.    Approximately $3,567.00 in U.S. Currency;
73.    Approximately $801.00 in U.S. Currency;
74.    Approximately $8,647.00 in U.S. Currency
75.    18 Karat Fashion Ring, 1.66 Ct. oval/.070 Two round diamonds;
76.    14 Karat stud earrings, 1.13 ct diamond/1.29 ct diamond;
77.    Three prong diamond necklace 112 17.1 Tw diamonds/40 Tw yellow diamonds;
78.    Ladies platinum 3 stone ring, 1.43 Ct marquise and two half-moon diamonds;
79.    18 Karat halo pendant chain with 4.52 Ct diamond;
80.    18 Karat 3 row halo fashion ring;
81.    Sapphire and diamond pendant, 14 diamonds and 5.84 Ct oval sapphire;
82.    Ballon Bleu De Cartier Watch; and
83.    Rotonde Moon Phase Watch.

Partial Final Judgment of Forfeiture

## **EXHIBIT C - List of *In Rem* Defendants Remaining in Case**

1. Approximately $9,004,531.62 seized from CTBC Bank, Account Number 3800283929;

2. Any and All Pre-Purchased Flight Hours, Airplane Shares, and Any Other Travel Arrangements NetJets has Credited for Individuals 1 and 2, Including Any Credit or Sharing Forming the Basis for Travel on December 20, 2018;

3. Any and all luxury box shares, and any other arrangements or benefits credited based on a wire transfer of $782,949.00 to the Stadco Revenue Account Related to the Las Vegas Raiders Traditional Suite Program in or about July 2018; and

4. Approximately $806,400.00 seized from Crestmark Bank, account number 1210590.