McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $6,567,897.50 SEIZED FROM CTBC BANK, ACCOUNT NUMBER 3800191916, ET AL.,<br><br>Defendants. | 2:19-CV-00485-JAM-DB<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF APPROXIMATELY $9,004,531.62 SEIZED FROM CTBC BANK, ACCOUNT NUMBER 3800283929; CERTIFICATE OF REASONABLE CAUSE |

It is hereby stipulated by and between the United States of America and claimant East West Bank, by and through their respective counsel of record, as follows:

1. This stipulation and order only pertains to Approximately $9,004,531.62 seized from CTBC Bank, Account Number 3800283929 ("the Defendant Asset".) East West Bank previously filed a claim and answer in this case with respect to the Defendant Asset. Dkt 15-16, 29.

2. The parties hereby agree and stipulate that the Defendant Asset shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

3. The parties are to bear their own costs and attorney fees.

4. There was probable cause for the seizing of the Defendant Asset, and for the

///

1

commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated:   11/24/2020                                    McGREGOR W. SCOTT
                                                       United States Attorney

                                          By:     /s/ Kevin C. Khasigian
                                                  KEVIN C. KHASIGIAN
                                                  Assistant U.S. Attorney


Dated:   11/19/2020                                /s/ William R. Warne
                                                   WILLIAM R. WARNE
                                                   Attorney for East West Bank


## ORDER

The Court has read and considered the Stipulation and Order for Dismissal with Prejudice of Approximately $9,004,531.62  Seized from CTBC Bank, Account  Number  3800283929  by East West Bank ("Claimant"), and Plaintiff, United States of America ("Plaintiff'), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. The Defendant Asset, approximately $9,004,531.62 seized from CTBC Bank, Account Number 3800283929, is hereby dismissed with prejudice from the above-captioned case.

**IT IS SO ORDERED**.


DATED:  November 24, 2020              /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE

2

Stipulation and Order for Dismissal

### **CERTIFICATE OF REASONABLE CAUSE**

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed March 18, 2019, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizing of the defendant assets, and for the commencement and prosecution of this forfeiture action.

**IT IS SO ORDERED**.

DATED:  November 24, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE