McGREGOR W. SCOTT
United States Attorney
ANDRE M. ESPINOZA
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $6,567,897.50 SEIZED FROM CTBC BANK, ACCOUNT NUMBER 3800191916, et al.,<br><br>Defendants. | 2:19-CV-00485-JAM-DB<br><br>UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM NOVEMBER 25, 2020 TO JANUARY 25, 2021 |

The United States submits the following Request to Extend the Deadline to file a Joint Status Report from November 25, 2020 to January 25, 2021.  Of the eighty-seven In Rem Defendants identified in the Complaint, the Court has entered final judgment of forfeiture as to all but two of the *In Rem* Defendants.  Additionally, the United States recently sought to dismiss one defendant asset from this case, and the Court approved that stipulation today.  Accordingly, this request is limited to the two *In Rem* Defendants remaining in the case.

### Introduction

On March 18, 2019, the United States filed a civil forfeiture complaint *in rem* against more than sixty bank accounts, over $1.8 million in U.S. currency, prepaid flight hours with a private jet company, a luxury box with a professional sports team, and various items of jewelry ("defendant assets" or "*In Rem* Defendants") connected to fraud and money laundering crimes in the Eastern District of California and other areas.  As described below, the bank accounts are associated with DC Solar and its related

investment funds, which the United States alleges are involved in, and contained proceeds of, a Ponzi scheme orchestrated through a tax equity investment fraud.  All known potential claimants to the defendant assets were served in a manner consistent with *Dusenbery v. United States,* 534 U.S. 161, 168 (2002) and the applicable statutory authority.  Furthermore, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on May 4, 2019, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  Dkt. 4.  A Declaration of Publication was filed on June 6, 2019, which set forth, among other items, that publication on the government's forfeiture website was complete on June 2, 2019.  Dkt. 9.

This case is related to several cases filed in the Eastern District of California: two now closed civil cases, *United States v. 725 Main Street, Martinez, California, et al.*, Case 2:19−CV−00247-JAM-DB and *United States v. 5383 Stonehurst Drive, Martinez, California, et al.*, Case 2:19-cv-00636-JAM-DB; and at least five active criminal cases, including *United States v. Ronald Roach, et al.*, 2:19-cr-00182-JAM and *United States v. Jeff Carpoff*, 2:20-cr-00017-JAM.

## Good Cause

The United States has provided notice to all potential claimants pursuant to law.  The United States served copies of the complaint documents on all interested parties, including financial institutions, a professional sports franchise, a private jet operator, investors in the tax equity funds, and the LLCs and individuals listed as signors on the seized accounts.  The United States specifically served copies of complaint documents on the LLCs through their registered agent for service of process, as listed on the California Secretary of State's website.  Further, the government served copies of the complaint on the principals of DC Solar, Jeff and Paulette Carpoff.  Lastly, the government provided notice of this action to any entities or individuals that may have a security interest in the accounts, such as a certificate of deposit required as part of a larger financial loan package extended to DC Solar.

A few parties have so far appeared in the case.  First, the principals of DC Solar and the LLCs associated with many of the *In Rem* Defendants, Jeff and Paulette Carpoff, filed claims as to each of the eighty-seven *In Rem* Defendants.  *See* Dkt. 6-7.  The Carpoffs have since agreed to forfeit their interests in each of the *In Rem* Defendants. Dkt. 46. Second, NetJets, through their wholly-owned subsidiaries,

filed claims concerning the prepaid flight shares purchased by the Carpoffs with alleged fraud proceeds. Dkt. 12-14.  Netjets and the United States have since agreed to a settlement that forfeits the Carpoff's airplane shares and resolves Netjets' claim in this case. *See* Dkt. 52. Third, East West Bank and Solar Eclipse Investment Fund XXXV, LLC filed claims to *In Rem* Defendant Approximately $9,004,531.62, which was seized from the Investment Fund's bank account during the government's law enforcement operation on December 18, 2018.  Dkt. 15-16.  The United States and East West Bank recently filed a stipulation that would dismiss this asset from this case.

On March 24, 2020, the Court entered a final order of forfeiture as to eighty-three *In Rem* Defendants.  *See* Dkt. 52.  The assets forfeited pursuant to that order included cash seized from DC Solar, related investment and bank accounts, and jewelry purchased by the Carpoffs, among other fraud-tainted items.  *Id*.  On April 13, 2020, the Court ordered the Carpoff's airplane shares, valued at $3,900,000, forfeited to the United States and Netjets' claim was withdrawn.  Dkt. 52.

As to the remaining two *In Rem* Defendants, one financial institution and one sports franchise have requested extensions of time to file claims and/or answers in this case.  Based on the claimants' requests for additional time to review the allegations—as set forth by pleadings in the civil and criminal cases—and potential privilege issues, other defenses and overlapping issues with the DC Solar bankruptcy in the District of Nevada, and given the lengthy facts and complicated issues in this case, the United States has agreed to their requests for more time.  Those filings currently due on January 15, 2021.  Lastly, the United States notes the continued impacts of the COVID-19 pandemic on this case and others, including and specifically, logistical difficulties of reviewing large financial sets and documents and meeting with the various counsel and clients located in cities across the country, especially in cases with complicated assets secured by fraudsters over nearly a decade of crime.

///
///
///
///
///
///

Accordingly, there is good cause to extend the deadline to file a joint status report in this case from November 25, 2020 to January 25, 2021, or to a date the Court deems appropriate.

Dated:  11/25/2020                           McGREGOR W. SCOTT
                                             United States Attorney

                                             /s/ Kevin C. Khasigian
                                             ANDRE M. ESPINOZA
                                             KEVIN C. KHASIGIAN
                                             Assistant U.S. Attorney

## **ORDER**

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report currently due on November 25, 2020, is extended to January 25, 2021.

**IT IS SO ORDERED.**

DATED:  November 30, 2020                    /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE