McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $6,567,897.50 SEIZED FROM CTBC BANK, ACCOUNT NUMBER 3800191916, ET AL.,<br><br>    Defendants. | 2:19-CV-00485-JAM-DB<br><br>AMENDED STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF APPROXIMATELY $806,400.00 SEIZED FROM CRESTMARK BANK, ACCOUNT NUMBER 1210590; CERTIFICATE OF REASONABLE CAUSE |

It is hereby stipulated by and between the United States of America and claimant Crestmark Bank, by and through their respective counsel of record, as follows:

1.  This amended stipulation and order only pertains to Approximately $806,400.00 seized from Crestmark Bank, account number 1210590 (also designated as bank account no. 800021393; referred to herein as "the Defendant Asset").  On December 9, 2020, Crestmark Bank filed a claim in this case with respect to the Defendant Asset. Dkt. 63.

2.  The parties hereby agree and stipulate that the Defendant Asset shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

3.  The parties are to bear their own costs and attorney fees.

4.  There was probable cause for the seizing the Defendant Asset, and for the

1

commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated:  12/10/2020                                                  McGREGOR W. SCOTT
                                                                                     United States Attorney

                                                             By:    /s/ Kevin C. Khasigian
                                                                         KEVIN C. KHASIGIAN
                                                                         Assistant U.S. Attorney


                                                                         DICKINSON WRIGHT PLLC

Dated:  12/10/2020                                                   /s/ John P. Desmond
                                                                         JOHN P. DESMOND
                                                                         Attorney for Crestmark Bank


CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed March 18, 2019, and the Amended Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizing of the Defendant Asset, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

DATED:  December 10, 2020                           /s/ John A. Mendez
                                                                          THE HONORABLE JOHN A. MENDEZ
                                                                          UNITED STATES DISTRICT COURT JUDGE