McGREGOR W. SCOTT
United States Attorney
ANDRE M. ESPINOZA
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CV-00485-JAM-DB |
| Plaintiff, | |
| v. | UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JANUARY 25, 2021 TO APRIL 7, 2021 |
| APPROXIMATELY $6,567,897.50 SEIZED FROM CTBC BANK, ACCOUNT NUMBER 3800191916, et al., | |
| Defendants. | |

The United States submits the following Request to Extend the Deadline to file a Joint Status Report from January 25, 2021 to April 7, 2021. Of the eighty-seven In Rem Defendants identified in the Complaint, the Court has entered final judgment of forfeiture or dismissal orders as to all but one of the *In Rem* Defendants. Accordingly, this request is limited to the single *In Rem* Defendant remaining in the case, and the United States anticipates closing out the last assets in relatively short order.

## Introduction

On March 18, 2019, the United States filed a civil forfeiture complaint *in rem* against more than sixty bank accounts, over $1.8 million in U.S. currency, prepaid flight hours with a private jet company, a luxury box with a professional sports team, and various items of jewelry ("defendant assets" or "*In Rem* Defendants") connected to fraud and money laundering crimes in the Eastern District of California and other areas. As described below, the bank accounts are associated with DC Solar and its related investment funds, which the United States alleges are involved in, and contained proceeds of, a Ponzi

scheme orchestrated through a tax equity investment fraud.  All known potential claimants to the defendant assets were served in a manner consistent with *Dusenbery v. United States,* 534 U.S. 161, 168 (2002) and the applicable statutory authority.  Furthermore, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on May 4, 2019, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  Dkt. 4.  A Declaration of Publication was filed on June 6, 2019, which set forth that publication on the government's forfeiture website was complete on June 2, 2019.  Dkt. 9.

This case is related to several cases filed in the Eastern District of California: two now closed civil cases, *United States v. 725 Main Street, Martinez, California, et al.*, Case 2:19−CV−00247-JAM-DB and *United States v. 5383 Stonehurst Drive, Martinez, California, et al.*, Case 2:19-cv-00636-JAM-DB; and at least five active criminal cases, including *United States v. Jeff Carpoff*, 2:20-cr-00017-JAM.

## **Good Cause**

The United States has provided notice to all potential claimants pursuant to law.  The United States served copies of the complaint documents on all interested parties, including financial institutions, a professional sports franchise, a private jet operator, investors in the tax equity funds, and the LLCs and individuals listed as signors on the seized accounts.  The United States specifically served copies of the complaint documents on the LLCs through their registered agent for service of process.  Further, the government served copies of the complaint on the principals of DC Solar, Jeff and Paulette Carpoff.

A few parties have so far appeared in the case.  First, the principals of DC Solar and the LLCs associated with many of the *In Rem* Defendants, Jeff and Paulette Carpoff, filed claims as to each of the eighty-seven *In Rem* Defendants.  *See* Dkt. 6-7.  The Carpoffs have since agreed to forfeit their interests in each of the *In Rem* Defendants.  Dkt. 46.  Second, NetJets, through their wholly-owned subsidiaries, filed claims concerning the prepaid flight shares purchased by the Carpoffs with alleged fraud proceeds.  Dkt. 12-14.  Netjets and the United States have since agreed to a settlement that forfeits the Carpoff's airplane shares and resolves Netjets' claim in this case. *See* Dkt. 52. Third, East West Bank and Solar Eclipse Investment Fund XXXV, LLC filed claims to *In Rem* Defendant Approximately $9,004,531.62, which was seized from the Investment Fund's bank account during the government's law enforcement operation on December 18, 2018.  Dkt. 15-16.  The United States and East West Bank recently filed a

stipulation that would dismiss this asset from this case.

On March 24, 2020, the Court entered a final order of forfeiture as to eighty-three *In Rem* Defendants. Dkt. 52. The assets forfeited pursuant to that order included cash seized from DC Solar, related investment and bank accounts, and jewelry purchased by the Carpoffs, among other fraud-tainted items. *Id*. On April 13, 2020, the Court ordered the Carpoff's airplane shares, valued at $3,900,000, forfeited to the United States and Netjets' claim was withdrawn. Dkt. 52.

The remaining asset in the case is a luxury box at the Las Vegas Raiders new football stadium, and the United States has agreed to an extension of time to file a claim with respect to the asset given the complexity of the case, ongoing NFL football season, COVID-19, potential privilege issues, and other defenses and overlapping issues with the DC Solar bankruptcy in the District of Nevada. Any claim to be filed is currently due on March 15, 2021.

Accordingly, there is good cause to extend the deadline to file a joint status report in this case from January 25, 2021 to April 7, 2021, or to a date the Court deems appropriate.

Dated:  1/25/2021                                    McGREGOR W. SCOTT
                                                                    United States Attorney

                                                                     /s/ Kevin C. Khasigian
                                                                    ANDRE M. ESPINOZA
                                                                    KEVIN C. KHASIGIAN
                                                                    Assistant U.S. Attorney

## **ORDER**

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report currently due on January 25, 2021, is extended to April 7, 2021.

**IT IS SO ORDERED.**

DATED: January 25, 2021                       /s/ John A. Mendez
                                                                    THE HONORABLE JOHN A. MENDEZ
                                                                    UNITED STATES DISTRICT COURT JUDGE