UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ARI J. LAUER <br><br> Defendant. | Case No. 2:22-CV-01726-DB <br><br> ORDER REASSIGNING RELATED CASES |
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY P. CARPOFF and PAULETTE CARPOFF, <br><br> Defendants. | Case No. 2:20-CV-00180-JAM-DB |
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> REAL PROPERTY LOCATED AT 725 MAIN STREET, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, | Case No. 2:19-CV-00247-JAM-DB |

1

| | | |
|---|---|---|
| 1 | APN: 373-192-007-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al., ) ) ) | |
| 2 | | |
| 3 | Defendants. ) ) ) | |
| 4 | _____ ) | |
| | UNITED STATES OF AMERICA, et al., ) ) | Case No. 2:19-CV-00485-JAM-DB |
| 5 | | |
| 6 | Plaintiffs, ) ) | |
| 7 | v. ) ) | |
| 8 | APPROXIMATELY $6,567,897.50 SEIZED FROM CTBC BANK, ACCOUNT NUMBER 3800191916, et al., ) ) ) | |
| 9 | | |
| 10 | Defendants. ) ) | |
| 11 | UNITED STATES OF AMERICA, et al., ) ) | Case No. 2:19-CV-00636-JAM-DB |
| 12 | | |
| 13 | Plaintiffs, ) ) | |
| 14 | v. ) ) | |
| 15 | 5383 STONEHURST DRIVE, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, APN: 367-230-018-7, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al., ) ) ) ) ) | |
| 16 | | |
| 17 | | |
| 18 | Defendants. ) ) | |
| 19 | UNITED STATES OF AMERICA, ) ) | Case No. 2:19-CR-00182-DAD |
| 20 | Plaintiff, ) ) | |
| 21 | v. ) ) | |
| 22 | RONALD J. ROACH, and JOSEPH W. BAYLISS, ) ) ) | |
| 23 | Defendants. ) ) | |
| 24 | SECURITIES AND EXCHANGE COMMISSION, ) ) | Case No. 2:19-CV-02140-JAM-DB |
| 25 | | |
| 26 | Plaintiff, ) ) | |
| 27 | v. ) ) | |
| 28 | JOSEPH BAYLISS and RONALD ROACH, ) ) | |

|  |  |
|---|---|
| Defendants. | |
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-00222-JAM |
| Plaintiff, | |
| v. | |
| ROBERT A. KARMANN, | |
| Defendant. | |
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:19-CV-02531-JAM-DB |
| Plaintiff, | |
| v. | |
| ROBERT A. KARMANN, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00017-JAM |
| Plaintiff, | |
| v. | |
| JEFF CARPOFF, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00018-JAM |
| Plaintiff, | |
| v. | |
| PAULETTE CARPOFF, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00003-DAD |
| Plaintiff, | |
| v. | |
| RYAN GUIDRY, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00016-JAM |
| Plaintiff, | |
| v. | |
| ALAN HANSEN, | |
| Defendant. | |
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation, | Case No. 2:19-CV-02544-DAD-DB |
| Plaintiff, | |
| v. | |
| Bankruptcy Estate of DC SOLAR SOLUTIONS, INC., dba DC SOLAR SOLUTIONS MFG, INC. dba DC SOLAR SOLUTIONS MANUFACTURING, INC., a California corporation; et al., | |
| Defendants. | |
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation; CARL AND BARBARA JANSEN, a married couple, | Case No. 2:20-CV-02446-DAD-DB |
| Plaintiffs, | |
| v. | |
| NIXON PEABODY, LLP, a New York limited liability partnership; FORREST DAVID MILDER, a married individual, | |
| Defendants. | |

On December 2, 2022, this Court ordered that the above-entitled actions be related within the meaning of Local Rule 123 (E.D. Cal. 2005).

IT IS NOW ORDERED that the presiding role in the actions denominated 2:22-CV-01726-DB, 2:20-cv-00180 JAM DB, 2:19-cv-00247 JAM DB, 2:19-cv-00485 JAM DB, 2:19-cv-00636 JAM DB, 2:19-cv-

02140 JAM DB, 2:19-cr-00222 JAM, 2:19-cv-02531 JAM DB, 2:20-cr-00017 JAM, 2:20-cr-00018 JAM, 2:20-cr-00016 JAM and 2:19-cv-02544 JAM DB be reassigned to Judge Dale A. Drozd for all further proceedings, and that any dates currently set in the reassigned cases be VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:22-CV-01726-DAD DB, 2:20-cv-00180 DAD DB, 2:19-cv-00247 DAD DB, 2:19-cv-00485 DAD DB, 2:19-cv-00636 DAD DB, 2:19-cv-02140 DAD DB, 2:19-cr-00222 DAD, 2:19-cv-02531 DAD DB, 2:20-cr-00017 DAD, 2:20-cr-00018 DAD, 2:20-cr-00016 DAD and 2:19-cv-02544 DAD DB.

    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

    IT IS SO ORDERED.

Dated:  December 13, 2022            /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE